UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAGDALENA BELTRAN,

Plaintiff,

v.

TODD BLANCHE ACTING ATTORNEY GENERAL, ET AL.,

Defendants.

Case No.: 2:26-cv-01580-JLS-AYP

**ORDER GRANTING STIPULATION TO STAY CASE PENDING ADJUDICATION OF PETITION (Doc. 8)**

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Petition (Doc. 9) submitted by the parties, and finding good cause thereon, the Court hereby ORDERS that this case is STAYED until **June 25, 2026**. If the action has not been dismissed by that date, the parties shall file a status report on that date.

IT IS SO ORDERED.

DATED: April 24, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2